COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Hanover Insurance Company

Appellate case number:    01-13-01066-CV

Trial court case number:  2013-68755

Trial court:             152nd District Court of Harris County

On December 13, 2013, Relator Hanover Insurance Company filed its Petition for Writ of Mandamus and Motion for Emergency Relief and Stay Pending Mandamus. The Motion for Emergency Relief is **GRANTED, in part**. The trial court's order of December 6, 2013 entitled "Order on Petitioner Key Access Institute LLC's Verified Petition to Take Deposition Before Suit" is **STAYED** pending further order of this court.

The Court requests a response to the petition. Any such response should be filed by January 3, 2014.

It is so ORDERED.

Judge's signature: <u>/s/ Rebeca Huddle</u>
                  ☑ Acting individually    ☐ Acting for the Court

Date:  <u>December 13, 2013</u>